B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# Oakland DIVISION

In re *Round Table Development Company a California Corporation*, Debtor(s)

Case No. *11-41432*
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Saladinos Inc.<br>PO Box 12266<br>Fresno CA   93779 | Phone:<br>Saladinos Inc.<br>P.O. Box 12266<br>Fresno CA   93779 | | | $ 1,293,617.76 |
| 2<br>Assal Corporation<br>1601 N. California Blvd<br>Walnut Creek CA   94596 | Phone:<br>Assal Corporation<br>1601 N. California Blvd<br>Walnut Creek CA   94596 | | | $ 17,852.00 |
| 3<br>PEPSI-COLA CO<br>P.O. BOX 841828<br>Dallas TX   75284 | Phone:<br>Pepsi-Cola Co.<br>P.O. Box 841828<br>Dallas TX   75284 | | | $ 15,263.94 |
| 4<br>PAPER-NET<br>2490 ARNOLD INDUSTRIAL WAY<br>Concord CA   94520 | Phone:<br>Paper-Net<br>2490 Arnold Industrial Way<br>Concord CA   94520 | | | $ 6,465.87 |
| 5<br>McDermott Will and Emery<br>227 W Monroe St., Ste 4700<br>Chicago IL   60606 | Phone:<br>McDermott Will and Emery<br>227 W Monroe St., Ste. 4700<br>Chicago IL   60606 | | | $ 6,391.25 |

_____ ,
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Edwards Global<br>19800 Macarthur Blvd.<br>Irvine CA   92612 | Phone:<br>Edwards Global<br>19800 Macarthur Blvd.<br>Irvine CA   92612 | | | $ 6,000.00 |
| 7<br>Nevada Dept. of Taxation<br>P.O. Box 52674<br>Phoenix AZ   85072 | Phone:<br>Nevada Dept. of Taxation<br>P.O. Box 52674<br>Phoenix AZ   85072 | | | $ 5,990.67 |
| 8<br>State of Nevada Employment<br>Contributions Section<br>500 E. Third St.<br>Carson City NV   89713 | Phone:<br>State of Nevada<br>Contributions Section<br>500 E. Third St.<br>Carson City NV   89713 | | | $ 5,565.26 |
| 9<br>Swisher Hygiene<br>P.O. Box 473526<br>Charlotte NC   28247 | Phone:<br>Swisher Hygiene<br>P.O. Box 473526<br>Charlotte NC   28247 | | | $ 5,482.54 |
| 10<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue<br>Portland OR   97201 | Phone:<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue<br>Portland OR   97201 | | | $ 5,357.50 |
| 11<br>Russin & Vecchi LLC<br>OSC-VTP BUILDING, 15/F<br>8 Nguyen Hue Blvd, D1<br>Ho Chi Minh City Vietnam | Phone:<br>Russin & Vecchi LLC<br>OSC-VTP BUILDING, 15/F<br>8 Nguyen Hue Blvd, D1<br>Ho Chi Minh City Vietnam | | | $ 4,671.93 |
| 12<br>Malioboro Inc.<br>295 W Cromwell Suite 108<br>Fresno CA   93711 | Phone:<br>Malioboro Inc.<br>295 W Cromwell Suite 108<br>Fresno CA   93711 | | | $ 4,364.42 |
| 13<br>P & D Appliance Center<br>100 South Linden Ave.<br>South San Franci CA   94080 | Phone:<br>P & D Appliance Center<br>100 South Linden Ave.<br>S. San Francisco CA   94080 | | | $ 3,482.17 |

B4 (Official Form 4) (12/07)

_____ ,
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Faria Printing<br>1812 Tribute Road, Suite H<br>Sacramento CA 95815 | Phone:<br>Faria Printing<br>1812 Tribute Road, Suite H<br>Sacramento CA 95815 | | | $ 3,227.05 |
| 15<br>East West Refridgeration<br>3983 S. Mccarran Blvd No.468<br>Reno NV 89502 | Phone:<br>East West Refrigeration<br>3983 S. Mccarran Blvd., No.468<br>Reno NV 89502 | | | $ 3,028.96 |
| 16<br>Airgas NCN<br>P.O. Box 7425<br>Pasadena CA 91109 | Phone:<br>Airgas NCN<br>P.O. Box 7425<br>Pasadena CA 91109 | | | $ 2,651.40 |
| 17<br>Dell Financial<br>PO Box 6403<br>Carol Stream IL 60197 | Phone:<br>Dell Financial<br>P.O. Box 6403<br>Carol Stream IL 60197 | | | $ 2,629.11 |
| 18<br>AT and T<br>Business Bankruptcy<br>P.O. Box 769<br>Arlington TX 76004 | Phone:<br>AT and T<br>Business Bankruptcy<br>P.O. Box 769<br>Arlington TX 76004 | | | $ 2,473.37 |
| 19<br>CBC Mechanical, Inc.<br>1045-F Shary Court, Suite F<br>Concord CA 94518 | Phone:<br>CBC Mechanical, Inc.<br>1045-F Shary Court, Suite F<br>Concord CA 94518 | | | $ 2,451.40 |
| 20<br>Griffiths Printing<br>121 S. Old Springs Road<br>Anaheim CA 92808 | Phone:<br>Griffiths Printing<br>121 S. Old Springs Road<br>Anaheim CA 92808 | | | $ 2,376.10 |

B4 (Official Form 4) (12/07)

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Ted Storey* _____ , *Officer* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *2/9/2011*         Signature  */s/ Ted Storey* _____
                              Name:  *Ted Storey*
                              Title:  *Officer*