# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  *Round Table Development Company, a California Corporation* ,

Debtor

Case No.  11-41432

Chapter  11

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 78 pages, is true, correct and complete to the best of my knowledge.

Date  02/09/11

Signature  /s/ Ted Storey

TED STOREY,
Officer

McNutt Law Group

1207 - 1211 Burlingame Ave. LLC
Attn: Joseph Karp
1209 Burlingame Avenue
Burlingame, CA 94010


A-Z Techs Mechanical
927 Meridian Ave
San Jose, CA 95112


AA Affordable
P.O. Box 2534
Dayton, OH 89403


Abbas Mashhadialireza
P.O. Box 6813
Moraga, CA 94570


Abby Door Service
5738 East Appaloosa Avenue
Clovis, CA 93619


ABC Fire and Cylinder
1025 Telegraph St.
Reno, NV 89502


Abdullah Al-Jamea
4935 Junipero Serra Blvd.
Colma, CA 94014


Absolute Air
925 Chastanet Ct.
Livingston, CA 95334


Accel Networks LLC
Attn:  Accts Receivable
New York, NY 10020


Ace Plumbing and Hearing
3011 Academy Way
Sacramento, CA 95815


Action Rooter
2000 Paiute Ln., Ste. 9
Susanville, CA 96130

Adam and Qobti Refrigeration
1109 Alomar Way
Belmont, CA 94002


ADT Security
P.O. Box 371994
Pittsburgh, PA 15250


Adv. Communications
10 Greg St., Ste. 124
Sparks, NV 89431


Adventure Vin
P.O. Box 66094
Portland, OR 97290


Ahad Bagherdai
16612 Soledad Canyon Road
Canyon Country, CA 91350


AIG Baker Carson City, LLC
1701 Lee Branch Lane
Birmingham, AL 35242


AIG Baker Carson City, LLC
c/o Lender
P.O. Box 2351
Reno, NV 89505


AIG Baker Carson City, LLC
c/o Nevada State Bank
1 West Liberty St., 2nd Fl.
Reno, NV 89501


Air Master of Central OR.
730 Sand Piper Avenue Northeast
Salem, OR 97301


Airgas NCN
P.O. Box 7425
Pasadena, CA 91109

Airgas, Inc.
P.O. Box 7425
Pasadena, CA 91109


Airtech Services
5466 E. Lamona Ave., Ste. 101
Fresno, CA 93727


Ali Abolhosseini
28832 West Port Way
Laguna Niguel, CA 92677


Ali Karachi
P.O. Box 6143
Concord, CA 94524


Ali Kerachi
801 Van Ness Avenue
San Francisco, CA 94109


Ali Khoshkbariie
2488 Foothill Blvd.
La Verne, CA 91750


All-Guard Systems
23194 Kidder St
Hayward, CA 94545


All-Gurad Systems Inc.
23194 Kidder St.
Hayward, CA 94545


Allen's Commercial Appliance
5197 Ericson Way, Ste. A
Arcata, CA 95521


Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062


Amador Valley Industries
P.O. Box 12617
Pleasanton, CA 94588

American Security Alarms Inc.
5411 Se McLoughlin Blvd
Portland, OR 97202


Amerigas  Weaverville
P.O. Box 660288
Dallas, TX 75266


Amir Shayesteh
3567 Geary Street
San Francisco, CA 94118


Anheuser Busch
P.O. Box 3000
Pomona, CA 91769


Anheuser-Busch Co.
1400 Marlborough Ave.
Riverside, CA 92507


Anytime Locksmith
9660 Elk Grove Blvd., Ste. D
Elk Grove, CA 95759


Apollo Plumbing
P.O. Box 2535
South Lake Tahoe, CA 96158


Apple Valley Commons I, LLC
c/o Lewis Operating Corp.
1156 N. Mountain Avenue
Upland, CA 91786-3633


Apple Valley Commons I, LLC
c/o Lewis Operating Corp.
P.O. Box 670
Upland, CA 91785-0670


Apple Valley Ranchos Water Co.
P.O. Box 7005
Apple Valley, CA 92307

Aramark
Aramark Tower
1101 Market St.
Philadelphia, PA 19107


Arcata Garbage Co. Inc.
30 South G St.
Arcata, CA 95521


Armor Locksmith
35 Washington Ave.
Richmond, CA 94801


Assal Corporation
1601 N California Blvd.
Walnut Creek, CA 94596


AT and T
Business Bankruptcy
P.O. Box 769
Arlington, TX 76004


AT and T
P.O. Box 105068
Atlanta, GA 30348


AT and T
P.O. Box 5019
Carol Stream, IL 60197


AT and T
P.O. Box 989045
West Sacramento, CA 95798


AT and T Long Distance
P.O. Box 5017
Carol Stream, IL 60197


Atlas Canvas
1624 Oakdale Road
Modesto, CA 95355

Atlas Disposal
Dept. 2056
Phoenix, AZ 85038


Atlas Portable
dba  Atlas Pumping Service
12740 Vigilante Rd.
Lakeside, CA 92040


Aziz Hararah
430 South Norfolk
San Mateo, CA 94401


Bank of America Nevada
Assignor: Camelot Foods, Ltd.
P.O. Box 333
Reno, NV 89504


Bank of America Nevada
Real Etate Industries Division, No. 8957
P.O. Box 20000
Reno, NV 89520-0025


Barbara Knowles
P.O. Box 36
Sausalito, CA 94966


Barbara McGann
626 Avery Place
Long Beach, CA 90807


Barco Air Conditioning and
Refrigeration
1408 Sieta Court
San Jose, CA 95118


Barjor Pithawalla
1199 Rancho Road
Arcadia, CA 91006


Baugh Corp.
Attn: Randy Baugh
3941 Park Drive, Suite 20-338
El Dorado Hills, CA 95762

Baugh Corp.
Attn: Randy Baugh
6653 Embarcadero Drive, Ste.M
Stockton, CA  95762


Baugh Corp.
c/o Texan Commercial Captial, LLC
777 East Campbell Rd., Ste. 650
Richardson, TX 75081


Bay Alarm
P.O. Box 7137
San Francisco, CA 94120


Bay Area Beverage
700 National Court
Richmond, CA 94804


Bay Area Service Co.
2526 Lynn Avenue
Concord, CA 94520


Bay Commercial Bank
Escrow Services Div.
2895 East Castro Valley Blvd., Ste. A
Castro Valley, CA 94552


Bay Restaurants Mgmt. Group., Inc.
Attn: Ali Kerachi
398 Grand Ave.
Oakland, CA 94610


Bayside Amusements
1540 Santa Ana Ave.
Ste. 120
Sacramento, CA 95838


BDC Five Mile Plaza, L.P.
Browman Development Company, Inc.
1556 Parkside Drive
Walnut Creek, CA  94596

Bernie, LLC
Pioneer Properties
309 E. John Street, Suite 4
Carson City, NV 89701


Bernie, LLC
Pioneer Properties
6000 Imus Rd.
Carson City, NV 89706


Bethany Marshall
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Beverly Pettit
P.O. Box 1742
Crestline, CA 92325


Bharat Behan
1153 Bordeaux Dr., Ste. 204
Sunnyvale, CA 94089


Bill Dawson
1930 Howard Road, Ste. 101
Madera, CA 93637


Bill Higgins
3200 Sky Harbor Blvd., Terminal 2
Phoenix, AZ 85034


Bill Stein
196 East Grant Avenue
Winters, CA 95694


Blue Shield of California
File 55331
Los Angeles, CA 90074


Bob Amouna
10101 Valley View Street
Cypress, CA 90630

Bob Bach
621 Kuana Street
Honolulu, HI 96816


Bob Larson
1225 El Camino Real
Menlo Park, CA 94025


Bob Serrano
1161 E. Washington Ave.
Escondido, CA 92025


Bob Shoker
1230 Ralston Ave.
Belmont, CA 94002


Bonanza Produce
1925 Freeport Boulevard
Sparks, NV 89431


Boncor Water
P.O. Box 232450
San Diego, CA 92193


Bottomley Distributing Inc.
755 Yosemite Drive
Milpitas, CA 95035


Boxer-Northwest
438 N.W. Broadway
Portland, OR 97209


Brad Friedman
6690 Amador Plaza Rd., Ste. 210
Dublin, CA 94568


Brett Roth
3801 West Temple Ave., Bldg 55
Pomona, CA 91768-4038


Brookhaven LLC
Ray Moser
2411 Santa Clara Avenue, Suite 27
Alameda, CA 94501

BSM Facility Services Inc.
2575 Stanwell Drive
Concord, CA 94520


Burns Family LLC II
c/o Camelot Foods, Ltd.
P.O. Box 333
Reno, NV 89504


Burns Family LLC II
Cambridge Group Ltd.
8460 S. Eastern Avenue, Suite C
Las Vegas, NV 89123


C and C Refrigeration
P.O. Box 20129
Sun Valley, NV 89433


C and K Market, Inc.
615 5th Street
Brookings, OR 97415


C and S Food Equipment
435 Park Street
San Leandro, CA 94577


CA Board of Equilization
Account Control Section - MIC 29
P.O. Box 94279
Sacramento, CA 94279


CA Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Cal Pure Aqua
P.O. Box 232450
San Diego, CA 92193


California Water Service Co.
P.O. Box 940001
San Jose, CA 95194

CareerBuilder
13047 Collection Center Drive
Chicago, IL 60693


Carl Brockway
P.O. Box 843
Dallas, OR 97338


Carolyn Schreck
13801 West Camino Del Sol
Sun City West, AZ 85375


CBC Mechanical, Inc.
1045-F Shary Court, Suite F
Concord, CA 94518


CC Communications
1750 West Williams Ave.
Fallon, NV 89406


Center West Management, Inc.
DBA CV Commercial Real Estate
1039 Murray Street, Suite 200
San Luis Obispo, CA 93405


Channel Islands
1221 Avenida Acaso,  Ste. G
Camarillo, CA 93012


Charles Brennan
1830 Vernon St., Suite 1
Roseville, CA 95678


Charles Giordano
2700 First Street
La Verne, CA 91750


Charles Juale
Chem Kare
P.O. Box 2213
Stockton, CA 95201

Charles Price
15350 Erie Rd
Apple Valley, CA 92307


Charles Stack
4204 S. Olson Street
Kennewick, WA 99337


Chemdry Inc.
1530 North 1000 West
Logan, UT 84321


Chicago Title
Attn: Debbi Faber
917 Glenneyre
Laguna Beach, CA 92651


Chien-Lii Chang
12820 La Mirada Blvd.
La Mirada, CA 90638


Chiu Family Trust
10898 Inspiration Circle
Dublin, CA 94568


Chiu Family Trust
Assignor: Antioch Enterprises, Inc.
3239 Ashley Way
Antioch, CA 94509


Cigna Healthcare
One Front St., 7th Fl.
San Franicisco, CA 94111


Cintas
Lockbox 636525
6800 Cintas Blvd
Cincinnati, OH 45263


Cintas Corporation
P.O. Box 349044
Sacramento, CA 95834

City Of Arcata-Water/Sewer
736 F St
Arcata, CA 95521


City Of Beaverton - Utility
P.O. Box 3188
Portland, OR 97208


City Of Burlingame Water Dept.
P.O. Box 191
Burlingame, CA 94011


City Of Camarillo Utility Dept.
P.O. Box 37
Camarillo, CA 93011


City Of Clovis Utility Dist.
P.O. Box 3007
Clovis, CA 93613


City Of Corning Utility Dist.
794 Third St.
Corning, CA 96021


City Of Eureka-Utilities
531 K St.
Eureka, CA 95501


City Of Fortuna Utility Dist.
P.O. Box 545
Fortuna, CA 95540


City Of Fresno Utility Dist.
P.O. Box 2069
Fresno, CA 93718


City Of Keizer - Utility Dist.
P.O. Box 21000
Keizer, OR 97307


City Of Kerman Utility Dist.
850 S Madera Ave.
Kerman, CA 93630

City Of Lake Oswego Utility Dist.
P.O. Box 589
Lake Oswego, OR 97034


City Of Livermore Utility Dist.
P.O. Box 45129
San Francisco, CA 94145


City Of Lodi Utility Dist.
P.O. Box 3006
Lodi, CA 95241


City Of Martinez Utility Dist.
525 Henrietta Street
Martinez, CA 94520


City Of Millbrae
Utility Dept
612 Magnolia Ave.
Millbrae, CA 94030


City of Modesto
P.O. Box 3442
Modesto, CA 95353


City Of Morgan Hill
Utility Billing Division
17555 Peak Avenue
Morgan Hill, CA 95037


City Of Mount Shasta Utility Dist.
305 N Mount Shasta Blvd.
Mount Shasta, CA 96067


City Of Oakdale Utility Dist.
280 N Third Ave.
Oakdale, CA 95361


City Of Oceanside Utility Dist.
P.O. Box 513106
Los Angeles, CA 90051

City Of Perris Utility Dist.
101 No D St.
Perris, CA 92570


City Of Pittsburg Utility Dist.
P.O. Box 1149
Pittsburg, CA 94565


City Of Portland Water Works
P.O. Box 4216
Portland, OR 97208


City Of Poway Utility Dist.
P.O. Box 789
Poway, CA 92074


City Of Redding Utility Dist.
P.O. Box 496081
Redding, CA 96049


City Of Reno Utility Dist.
Sewer Use Fees
P.O. Box 1900
Reno, NV 89505


City Of Sacramento Utility Dist.
P.O. Box 2770
Sacramento, CA 95812


City of San Diego
Office of the City Treasurer
1200 Third Ave, Suite 100
San Diego, CA 92101


City Of Stockton Utility Dist.
P.O. Box 2590
Omaha, NE 68103


City Of Sunnyvale Utilities
P.O. Box 4000
Sunnyvale, CA 94088

City Of Susanville Utility Dist.
66 N Lassen Street
Susanville, CA 96130


City Of Tulare Municipal Utilities
1350 West San Joaquin Avenue
Tulare, CA 93274


City Of Yerington Utility Dist.
102 S Main St
Yerington, NV 89447


Clackamas River Water
Payment Processing
P.O. Box 2439
Clackamas, OR 97015


Classic Wines
P.O. Box 51512
Los Angeles, CA 90051


Cold Draft Refrigeration
P.O. Box 1003
Manteca, CA 95336


Columbia Distributing
6840 N. Cutter Circle
Portland, OR 97217


Comcast
P.O. Box 34744
Seattle, WA 98124


Commercial Appliance
281 Lathrop Way, Suite 100
Sacramento, CA 95815


Commercial Service
481 Laurelwood Rd.
Santa Clara, CA 95054


Con Webster
9302 W Ownby Road
Nine Mile Falls, WA 99026

Concord Disposal Service
P.O. Box 5397
Concord, CA 94524


Concord Locks
2228 Concord Blvd.
Concord, CA 94520


Contra Costa Water District
P.O. Box H20
Concord, CA 94524


Corning Chamber of Commerce
1110 Solano St.
Corning, CA 96021


CoverTex Corp.
2440 20th Street
Port Huron, MI 48060


Cox Family Partnership
c/o Country West Shopping Center
P.O. Box 5460
San Luis Obispo, CA 93403


Cox Family Partnership
Saito Company
P.O. Box 16315
Fresno, CA 93755


CP6OC, LLC
c/o Credit Suisse, Tessa Peters, Esq.
One Madison Avenue
New York, NY 10010


CP6OC, LLC
Column Financial, Inc.
11 Madison Avenue, 5th Floor
New York, NY 10010-3629


CP6OC, LLC
KeyCorp Real Estate Capital Markets, Inc.
911 Main Street, Ste. 1500
Kansas City, Missouri 64105

CP6OC, LLC
ORIX Real Estate Capital Markets, LLC
171 7 Main St. 12th Floor
Dallas , TX 75201


CP6OC, LLC
West Valley Properties, Inc.
280 Second Street, Suite 230
Los Altos, CA 94022


CR and R Incorporated
P.O. Box 206
Stanton, CA 90680


Craig Carlson
2506 E. Chapman Ave.
Fullerton, CA 92831


Credit Markets Real Estate Corporation
Assignor: Camelot Foods, Ltd.
P.O. Box 333
Reno, NV 89504


Credit Markets Real Estate Corporation
dba Grand Sierra Resort & Casino
2500 East Second Street
Reno, NV 89595


Cresco Restaurant Equipment
2018 So. Van Ness Ave
Fresno, CA 93721


Crown Beverage
1650 Linda Way
Sparks, NV 89431


Crown Distributing
1115 West Sunset Blvd.
Rocklin, CA 95765


Custom Glass
1095 East Second Street
Reno, NV 89502

Cynthia Al-Jamea
4523 Mission Street
San Francisco, CA 94112


Cynthia Carlson
2506 E. Chapman Ave.
Fullerton, CA 92831


D and D Mechanical
P.O. Box 55395
Portland, OR 97238


D and F Plumbing
4636 No. Albina Avenue
Portland, OR 97217


D and L Distributing
P.O. Box 638
Susanville, CA 96130


D and S Upholstery
37660 Timber Street
Newark, CA 94560


D and S Waste Removal Inc
P.O. Box 834
Yerington, NV 89447


D. Keith Davis
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Daha Investments
345 Hickory Street
Red Bluff, CA 96080


Daha Investments
c/o Wells Fargo Bank, N.A.
85 Cleaveland Rd., 2nd Fl.
Pleasant Hill, CA 94523

Daha Investments
P.O. Box 11274
Zephyr Cove, NV 89448


Dan
8755-B Sierra College Blvd.
Roseville, CA 95661


Darlene G. Ierulli and Gil DaSilva
c/o Assignor: Castle Mgmt. Group
132 E. St.
Davis, CA 95616


Darlene G. Ierulli and Gil DaSilva
Schwabe, Williamson and Wyatt, PC
1211 SW Fifth Ave., Suites 1600-1900
Portland, OR 97204


Dave Quatman
19750 Beach Blvd.
Huntington Beach, CA 92648-2988


David Bennett
5810 Shadow Park Dr.
Reno, NV 89523


David Howard
P.O. Box 1357
Angels Camp, CA 95222


David Howland
61295 Mountain Breezes Court
Bend, OR 97702


David L. McDon
Macs Refrigeration Service
639 Summer St.
Eureka, CA 95502


David Lundgren
4718 Hyada Blvd. NE
Tacoma, WA 98422

David Mello
1031 Bridge Street
Colusa, CA 95932


David Palmer
Dave's Carpet Cleaning
34969 Yucaipa Boulevard
Yucaipa, CA 92503


Davis Wright
1300 SW Fifth Avenue
Portland, OR 97201


Davis Wright Termaine, LLP
1300 SW Fifith Ave.
Ste. 2300
Portland, OR 97201


Davood Jafari
P.O. Box 15688
Irvine, CA 92623-5688


Daymark Food
P.O. Box 1065
Bowling Green, OH 43402


Dayton Delta, LLC
The Hone Company
P.O. Box 1567
Minden, NV 89423


DBI Beverage
P.O. Box 32164
Stockton, CA 95213


DBO Development No. 29
10 Harris Court, Suite B-1
Monterey, CA 93940


De Anza Country Shopping Center
2020 E. Orangethorpe Ave., Ste. 210
Fullerton, CA 92831

Del Reka Distributing
P.O. Box 1327
Eureka, CA 95502


Delbert and Alice Valla Trust
J.L.Boyd Property Mgmt., LLC
202 N 9th Street, P.O. Box 8105
Boise, ID 83707


Delbert H. Valla and Alice Valla 1987 Trust
Assignor: Roan, Inc. Godfather's Pizza, Inc.
3740 Gramacy Lane
Boise, ID 83703


Dell Financial
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197


Delta Sierra Beverage
3700 Finch Road
Modesto, CA 95357


Dept. of Alchoholic Beverage Control
3927 Lennane Drive, Suite 100
Sacramento, CA 95834


Derek Lambert
2003 N. Second Ave.
Upland, CA 91784


Diablo Water District
P.O. Box 127
Oakley, CA 94561


DM Tech
1413 Solano Street
Corning, CA 96021


DMV Renewal
P.O. Box 942897
Sacramento, CA 94297

Donaghy Sales
2363 S. Cedar Ave.
Fresno, CA 93725


Donahue Schriber Realty Group, L.P.
200 East Baker Street, Suite 100
Costa Mesa, CA 92626


Donahue Schriber Realty Group, L.P.
c/o Assignor: Castle Mgmt., Inc.
2777 Del Monte St.
West Sacramento, CA 95691


Donahue Schriber Realty Group, L.P.
DSRG-Keizer Station
P.O. Box 6157
Hicksville, NY 11802-6157


Donna Capuozzo Buhl
9700 Gilman Drive, PMB 213
La Jolla, CA 92093


Doug Moss
1409 Fitzgerald Drive
Pinole, CA 94564


Drain Patrol
P.O. Box 503053
San Diego, CA 92150


Dublin San Ramon Svc. Dist.
P.O. Box Cc
Dublin, CA 94568


East West Refrigeration
3983 S. McCarran Blvd., Ste. 468
Reno, NV 89502


EBMUD
375 11th Street
Oakland, CA 94607

Edco Waste and Recycling Service
P.O. Box 5488
Buena Park, CA 90622


Edward F. Caropepe
33 North First Street, Ste. C2
Campbell, CA 95008


Edwards Global
19800 Macarthur Blvd.
Irvine, CA 92612


Eel River Disposal Inc.
P.O. Box 266
Fortuna, CA 95540


EJ Harrison and Sons Inc.
P.O. Box 4009
Ventura, CA 93007


Ekudom Charal
4622 W. Vassar
Fresno, CA 93722


Eltex Enterprises
2790 Wrondel Way, Ste. 272
Reno, NV 89502


Epic
3000 Executive Pkwy., Ste. 325
San Ramon, CA 94583


Equifax Credit
P.O. Box 105835
Atlanta, GA 30348


Eric H. Bjerkholt
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Eric Kurz
13729 Torrey Pines Drive
Auburn, CA 95602

Eric Sudduth
Erics Cleaning Services
457 E 6th Street, Apt. B
Reno, NV 89512


Eric's Heating and Air Conditioning
4305 Caterpillar Rd., Ste. A9
Redding, CA 96003


Ernie Kawai
3801 West Temple Ave., Bldg. 55
Pomona, CA 91768-4038


Ernie's Plumbing
3795 Pacheco Blvd.
Martinez, CA 94553


ET Plumbing Services
P.O. Box 608
Clovis, CA 93613


Eugene Capuozzo
3250 Governor Drive
San Diego, CA 92122


Eureka-Humboldt
Fire Extinguisher
1424 11th Street
Arcata, CA 95521


Excel Sign Co.
1229 Hoblitt Ave., Suite A
Clovis, CA 93612


Fair Oaks Untied
Methodist Church
9849 Fair Oaks Blvd
Fair Oaks, CA 95628


Fairfield Opportunity Group #1, L.P.
Reynolds and Brown
1200 Concord Avenue, Suite 200
Concord, CA 94520

Farella Braun + Martell, LLP
Russ Building, 30th Fl.
235 Montgomery Street
San Francisco, CA 94101


Faria Printing
1812 Tribute Road, Suite H
Sacramento, CA 95815


Farmer Brothers
P.O. Box 79705
City Of Industry, CA 91716


Farzod Ashoori
4724 Heaven Avenue
Woodland Hills, CA 91364


Federal Express
Acct #365460566
Pittsburgh, PA 15250


Fedex
P.O. Box 94515
Palatine, IL 60094


Felicia Yu
1020 No. Mountain Avenue
Ontario, CA 91762


Fikes-William
P.O. Box 80904
Portland, OR 97280


Firecode Safe
3722 West Pacific Avenue
Sacramento, CA 95820


Firehouse Plaza Partners
Assignor: Pie Peddlers Inc.
6940 Burnett Street
Sebastopol, CA 95472

Firehouse Plaza Partners
Priske-Jones Company
10 Alabama Court
Houston, TX 77027


Firehouse Plaza Partners
Priske-Jones Company
P.O. Box 22150
Houston, TX 77227-2150


Fireman's Fund Insurance
Dept. LA 7166
Pasadena, CA 91109


FIRST Riverbank LP
Browman Development Company, Inc.
100 Swan Way, Suite 206
Oakland, CA 94621


Fish Window Cleaning
4622 Glass Ct.,  Unit A
Modesto, CA 95356


Flatiron Capital
Dept. 2195
Denver, CO 80271


Flextoday, Inc.
P.O. Box 16099
Fresno, CA 93755


Foothill Distributing
P.O. Box 492800
Redding, CA 96049


Foothill Oaks Shopping Center, Inc.
Attn: Aim Property Mgmt.
1212 K Street
Modesto, CA 95354


Foothill Oaks Shopping Center, Inc.
c/o Assignor: Four D. Enterprises Inc.
1449 E. F Street, Ste. 101A
Oakdale, CA 95361

Foothill Oaks Shopping Center, Inc.
c/o Citigroup Global Market Realty
388 Greenwich St., 11th Floor
New York, NY 10013


Frank Mission Marketplace, LLC
Assignore: Toyon, Inc.
P.O. Box 131177
Carlsbad, CA 92013


Frank Mission Marketplace, LLC
NewMark Merrill Companies, LLC
5850 Canoga Ave., Suite 650
Woodland Hills, CA 91367


Frank Sisco
500 West East Avenue, Suite 1
Chico, CA 95926


Freeport Farms Development Co., LLC
Alan Brodovsky
3126 O Street
Sacramento, CA 95816


Frontier
P.O. Box 20550
Rochester, NY 14602


Frontier Communications
dba Frontier Online
9324 W. Stockton Blvd.
Elk Grove, AZ 95758


Frontier Inc
P.O. Box 20550
Rochester, NY 14602


Frontier Inc.
P.O. Box 20550
Rochester, NY 14602


Futures Explored
3547 Wilkinson Lane
Lafayette, CA 94549

Gabrielson and Co.
James Shultz
711 Grand Avenue, Suite 250
San Rafael, CA 94901


Gagliardi Family Trust and Gagliardi Brothers
Coates and Sowards
1725 S. Bascom, Suite 104
Campbell, CA 95008


Gardnerville Health and Sanitation Dept.
1407 US Highway 395 N
Gardnerville, NV 89410


Gary Ostenberg
P.O. Box 2263
Loomis, CA 95650


Gary Plummer
P.O. Box 4336
Salinas, CA 93912


Gene Ross
1138 W Henderson
Porterville, CA 93257


General Electric Capital Corp.
Attn: Syndication Servicing
8377 E. Hartford Dr., Ste. 200
Scottsdale, AZ 85255


General Electric Capital Corp.
c/o Bingham McCutchen LLP
Attn: William Bates
1900 University Avenue
East Palo Alto, CA 94303


General Electric Credit Equities, Inc.
Select Commercial Property Services, LLC
P.O. Box 4067
Boise, ID 83711

Gerald W Good
Clean Pro Carpet Care
9615 Old Placerville Road
Sacramento, CA 95826


Geweke VIII, L.P.
1139 E. Kettleman Lane, Ste. 200
Lodi, CA 95240


Geweke VIII, L.P.
Daryl Geweke
P.O. Box 1420
Lodi, CA 95240


Geweke VIII, L.P.
Marty Willett
P.O. Box 1210
Lodi, CA 95241


Ghassen Wehbe
Juma Trading Co.
P.O. Box 60381
Dubai, UAE UAE


Ginger Eastom
2701 Pacific Coast Highway
Hermosa Beach, CA 90254


Ginna Geiger
128 Woodside Plaza
Redwood City, CA 94061


Gladys Malouf
2660 San Bruno Avenue
San Francisco, CA 94134


Glen Yarnal
820 W. Lacey Blvd.
Hanford, CA 93230


Glenn Barker
730 Kains Avenue
San Bruno, CA 94066

GMS FIVE, LLC
GMS Realty, LLC
5973 Avenida Encinas, Suite 300
Carlsbad, CA 92008


Golden State Water Company
P.O. Box 9016
San Dimas, CA 91773


Graves 7 Inc.
Preferred Plumbing & Drain
North Highlands, CA 95660


Great Basin Beverage
534 Pacific Avenue
Wells, NV 89835


Green Valley Corporation
777 North First Street
San Jose, CA 95112


Green Valley Corporation
c/o Bank of the West Real Estate
3000 Oak Road, Ste. 400
Walnut Creek, CA 94597


Greenwich Capital Financial Products, Inc.
c/o Greenwich Capital Financial Products, Inc.
600 Steamboat Rd.
Greenwich , CT 6830


Greg Kasper
1300 N. 40th Avenue, Ste. 109
Yakima, WA 98908


Greg Kutsuris
1409 Fitzgerald Drive
Pinole, CA 94564


Gregg Fleury
1320 Willow Pass Rd, Suite 600
Concord, CA 94520

Gregg Fleury
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Griffiths Printing
121 S. Old Springs Road
Anaheim Hills, CA 92808


Hall Street Crossing, LLC
Norris & Stevens, Inc.
621 SW Morrison, Suite 800
Portland, OR 97205


Hamid Keshtgar
1050 Los Osos Valley Road
Los Osos, CA 93402


Hansen Bridgett, LLP
425 Market Street
26th Floor
San Francisco, CA 94105


Harris-Winkle Building, Ltd.
Town & Country Properties
2819 Crow Canyon Road, Suite 200
San Ramon, CA 94583


Hassan Tavakoly
4330 Redondo Beach Blvd.
Torrance, CA 90504


Haven's For Total Security
459 N. Blackstone
Fresno, CA 93701


Henry A. Klyce, Jr.
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Heritage Square Properties, LLC
Attn: Manco Abbott
P.O. Box 6129
Laguna Niguel, CA  92607-6129

Heritage Square Properties, LLC
CitiGroup
388 Greenwhich St. 11th floor
New York, NY 10013


HI Dept. of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425


Highlands Wireless Inc.
P.O. Box 877
Virginia City, NV 89440


Hinman & Carmichael
260 California St., Ste. 1001
San Francisco, CA 94111


Hinman and Carmichael LLP
260 California St.
Suite 1001
San Francisco, CA 94111


Hobart Corp.
1584 Silica Avenue
Sacramento, CA 95815


Holmes Security
P.O. Box 357
Carlotta, CA 95528


Hoodz Of Reno and Tahoe
1320 Rincon Drive
Sparks, NV 89436


Hooshang Defaii
1159 Redmond Avenue
San Jose, CA 95120


Hoss Disposal Inc.
4530 Grass Valley Rd.
Winnemucca, NV 89445

Hoss Ein Khoyilar
2860 S. Bristol Street, C-2
Santa Ana, CA 92704


HTH Inc.
711 Jackson Ave.
Winter Park, FL 32789


Humboldt Beer
202 Commercial St.
Eureka, CA 95501


Humboldt County Utilities Dist.
50 W Fifth St.
Winnemucca, NV 89445


Humboldt Sanitation
P.O. Box 2812
McKinleyville, CA 95519


Humboldt Sanitation & Recycle
P.O. Box 2812
Mckinleyville, CA 95519


Iagoub Khoshkbariie
3253 Stevens Creek Blvd.
San Jose, CA 95117


Imperial Credit Corporation
Dept. 7615
Los Angeles, CA 90084


Independent A
1440 Port Dr.
Oxnard, CA 93035


Integra Telecom
P.O. Box 3034
Portland, OR 97208


Integrity Carpet Care
1030 E. El Camino Real, No. 333
Sunnyvale, CA 94087

Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612


Iron Mountain
P.O. Box 601002
Pasadena, CA 91189


ITW Food Equipment
dba Hobart Service
3600 West Lake Ave
Glenview, IL 60026


J and D Woodward Village, LLC
 Siegel & Co.
1616 W. Shaw Avenue, Suite A-1
Fresno, CA 93711


J and P Properties
7717 Chaparral Way
Fair Oaks, CA 95628


J. Benjamin McGrew, CPM, CCIM
c/o Wells Fargo Bank, N.A.
1512 Eureka Blvd. Ste. 350
Roseville, CA 95661-3070


J. Benjamin McGrew, CPM, CCIM
M&A Thang
333 Hegenberger Rd, Ste. 578
Oakland, CA 94621


J. Benjamin McGrew, CPM, CCIM
Managewest, Inc.
P.O. Box 994
Carmichael, CA 95609-0994


J. Robert McCourt
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520

Jack Roberston
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Jafar Hassanzadeh
2129 Morrill Avenue
San Jose, CA 95132


James F. Fletcher
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


James M. Roberston
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Janette Smiley
2351 Sunset Blvd., Ste. 170-460
Rocklin, CA 95765


JB Management, LP
1825 Bell Street, Suite 100
Sacramento, CA 95825


JB Management, LP
c/o Assignor: Castle Mgmt., Inc.
2777 Del Monte St.
West Sacramento, CA 95691


JB Management, LP
c/o DB Private Wealth Mortgage Ltd.
280 Park Avenue
New York, NY 10017


JC Services
1315 E. Andrews
Fresno, CA 93704


Jeff Acton
100 El Dorado Drive
Hollister, CA 95023

Jeffrey Spiegel
737 Portola Drive
San Francisco, CA 94127


Jim Loney
33 North First Street, Ste. C2
Campbell, CA 95008


Jim MacDonald
1015 E. Capitol Expressway
San Jose, CA 95121


Jim Meola
P.O. Box 7428
Menlo Park, CA 94025


Joe Sassano
3250 Governor Drive
San Diego, CA 92122


Joedebs Upholstery
6519 Mossom Lane
Anderson, CA 96007


Johanson and Berenson
1792 Second Street
Napa, CA 94559


Johanson Bere
1776 Second Street
Napa, CA 94559


John Black
P.O. Box 649
Loomis, CA 95650


John C. Major Family 2000 Trust
Attn: Charles D. Major
940 Russell Ave
Los Altos, CA 94024

John C. Major Family 2000 Trust
c/o Bank of Hemet Commercial Lending
3715 Sunnyside Drive
Riverside, CA 92516-0109


John Dyer
19431 Rue De Valore, Suite 6B
Foothill Ranch, CA 92610


John E. Hochle
J M Electric
2459 Stanford Way
Antioch, CA 94531


John Heberden
Aramark Sports and Entertainment Srvcs.
525 W. Santa Clara St.
San Jose, CA 95113


John Parker
1286 Maleko St.
Kailua, HI 96734


John Rahimzadeh
1650 Oregon St. Ste 205
Redding, CA 96001


Jon Schultz
1304 W. Hillsdale Blvd.
San Mateo, CA 94403


Jordan Upholstery
2900 SW Cornelius Pass Rd.
Hillsboro, OR 97123


Jose Ochoa
2544 West 16th Street
Yuma, AZ 85364


Joseph Kim
14020 SE Petrovitsky Road
Renton, WA 98055

K and G Seabridge I, LLC
c/o First Bank
4301 MacAruther Blvd., 2nd Floor
Newport Beach, CA 92660


K and G Seabridge I, LLC
c/o LaSalle Bank National Assoc.
135 S. LaSalle, Ste. 3410
Chicago, IL 60603


K and G Seabridge I, LLC
Kahl and Goveia Commercial Real Estate, Inc.
24855 Del Prado
Dana Point, CA 92629


K and G Seabridge I, LLC
Voss, Cook and Thel, LLP
895 Dove Street, Ste. 450
Newport Beach, CA 92660


Kaiser Permanente
P.O. Box 60000
File 73030
San Francisco, CA 94160


Kalsoom Akhter
15730 Bellflower Blvd.
Bellflower, CA 90706


Karl Strauss
5985 Santa Fe Street
San Diego, CA 92109


Ken's Locksmith
17301 Beach Blvd., Ste. 13
Huntington Bch, CA 92647


Kerman Shopping Plaza LLC
990 Highland Drive, 200
Solana Beach, CA 92075


Kevin Haggerty
525 W. Santa Clara
San Jose, CA 95113

Kevin Kashefi
5568 London Way
San Ramon, CA 94582


Kevin Ostenberg
P.O Box 2263
Loomis, CA 95650


Kevin's Painting
P.O. Box 188732
Sacramento, CA 95818


Kid Stuff Marketing
P.O. Box 19235
Topeka, KS 66619


Kids Stuff Marketing
P.O. Box 19235
Topeka, KS 66619


Kimco Realty Corporation
Attn: Accounts Receivable
3333 New Hyde Park Road, Ste. 100
New Hyde Park, NY 11042-0020


Kimco Realty Corporation
Attn: Legal Dept.
1621-B South Melrose Dr.
Vista, CA 92081


Kurt Clausen
2500 E. Airport Dr., Rm. 2215
Ontario, CA 91761


L.W. Peraldo
P.O. Box 350
Winnemucca, NV 89446


Lakha Properties - Sacramento, LLC
Premier Centers Mgmt.
P.O. Box 52668
Bellevue, WA 98015

Lakha Properties - Temecula TC, LLC
3810-196th SW, Ste. 12
Lynnwood, WA 98036


Lakha Properties - Temecula TC, LLC
Assignor: Jacqueline Lovell
6932 Greeley St.
Tujunga, CA 91042


Lakha Properties - Temecula TC, LLC
c/o US Bank NA
1420 Fifth Ave., 8th Floor
Seattle, WA 98101


Lakha Properties - Temecula TC, LLC
Premier Centers Management, Inc.
P.O. Box 52668
Bellevue, WA 98015


Lance Hungerford
7921 S. Hosmer, Suite A
Tacoma, WA 98408


LandValue 77, LLC
LandValue Management, LLC
1050 Shaw Ave., Suite 1075
Clovis, CA 93612


Lanotte Refrigeration
1835 S. Van Ness Ave.
Fresno, CA 93721


Larry Mullens
Stanley Steamer Of No CA
3025-A Twin View Boulevard
Shasta Lake, CA 96019


Lassen Municipal Utility Dist.
65 S. Roop St.
Susanville, CA 96130


Lee-Ann Knox
57 N. Santa Cruz Ave.
Los Gatos, CA 95030

Len Nishiguchi
728 Scotts Valley Road
Yoncalla, OR 97499


Levine Investments Limited Partnership
1702 E. Highland Avenue, Ste. 310
Phoenix, AZ 85016


Levon Investments, LLC
Investec Real Estate Companies,
200 E. Carrillo Street, Suite 200
Santa Barbara, CA 93101


Lexis-Nexis
P.O. Box 894166
Los Angeles, CA 90189


Lincoln Financial
P.O. Box 0821
Carol Stream, IL 60132


Link Piazzo/Sportsman Corner
3453 E. Hidden Valley Road
Reno, NV 89502


Littler Mendelson
P.O. Box 45547
San Francisco, CA 94145


Livermore Sanitation Inc.
7000 National Dr.
Livermore, CA 94550


Loran and Patricia Wright
c/o Assignor: Castle Management Group
2777 Del Monte Road
West Sacramento, CA 95691


Loran and Patricia Wright
P.O. Box 1646
Weaverville, CA 96093

Louie and Dolores Jimenez
Attn: Robert Jimenez
P.O. Box 30366
Stockton, CA 95213


Louis Wong
403 E. Arrow Highway
Glendora, CA 91740


Lyon County Utilities Dept.
P.O. Box 1699
Dayton, NV 89403


Mad River Community Hospital
3800 Janes Rd.
Arcata, CA 95518


Madeline's Cleaning and Maint.
2427 19th Avenue
Forest Grove, OR 97116


Madhu Papudes
1220 South Diamond Bar Blvd.
Diamond Bar, CA 91765


Maletis Beverage Dist.
P.O. Box 3109
Portland, OR 97208


Malioboro Inc.
295 W Cromwell Suite 108
Fresno, CA 93711


Manitowoc Foodservice
75 Remittance Dr.,  Ste. 6365
Chicago, IL 60675


Manoochehr Fany
2017 University Avenue
Berkeley, CA 94704

Manteca Stadium LP
Kitchell Development Company
1707 E. Highland, Suite 100
Phoenix, AZ 85016


Manuel Catania
Attn: Charles Catania
419 Glenwood Avenue
Woodside, CA 94062


Manuel Catania
c/o Assignor: R Slice / Ron Karp
P.O. Box 271
Burlingame, CA 94010


Marc Sharrow
115 E. College Way
Mount Vernon, WA 98273


Marc Watson
8728 Cayuga Court
Orangevale, CA 95662


Margaret Tam
Biagini Properties, Inc.
333 W. El Camino Real, Suite 240
Sunnyvale, CA 94087


Mark Doar
P.O. Box 1915
Woodland, WA 98674


Mark G. Mitchell et al.
P.O. Box 1291
Weaverville, CA 96093


Mark Jacobson
P.O. Box 975
Snohomish, WA 98291


Markstein Bev
P.O. Box 6902
San Marcos, CA 92079

Markstein Beverage Company
P.O. Box 15379
Sacramento, CA 95851


Markstein Sal
1645 Drive-In Way
Antioch, CA 94509


Marshall Stoecker
P.O. Box 734
Fort Bragg, CA 95437


Mary's Vineyard
15991 Avenue 296
Visalia, CA 93292


Masoud (Max) Zadeh
26500 W. Agoura Road, No. 466
Calabasas, CA 91302


Massoumeh Abolhosseini
31878 Del Obispo St., Ste. 120
San Juan Capistrano, CA 92675


Massoumeh Abolhosseini
32082 Sea Island Drive
Dana Point, CA 92629


McDermott Will and Emery
227 W Monroe St., Ste. 4700
Chicago, IL 60606


Mcelmoyl Inc.
165 West Cross St.
Tulare, CA 93274


McHenry Square Investors, LLC
Assignor: Merlin Pizza Enterprises
18334 Avenida Bonita
Sonora, CA 95370

McHenry Square Investors, LLC
Brentwood Developments
5800 Stanford Ranch Road Suite 210
Rocklin, CA 95765


MCJ Investments
7090 N. Marks, Suite 102
Fresno, CA 93711


Mckinleyville Community Svcs.
P.O. Box 2037
Mckinleyville, CA 95519


Me Fox and Company
128 Component Dr.
San Jose, CA 95131


Medcor Inc
P.O. Box 847
Aurora, IL 60507


Mehdi Hamedani
13771 Newport Avenue, No. 17
Tustin, CA 92780


Mehran Kaghazchi
1212 East 17th Street
Santa Ana, CA 92701


Menlo Management Company
750 Menlo Avenue, Ste. 250
Menlo Park, CA 94025


Mercantile Systems
1145 Second Street., Ste. A-307
Brentwood, CA 94513


Merced Irrigation District
P.O. Box 2288
Merced, CA 95344

Mercey Springs 152 Partners, LLC
Attn: Sylvia Olivas
15840 Ventura Blvd. Ste 310
Encino, CA 91436


Merlyn Knowles
P.O. Box 1300
Hollister, CA 95024


Mesa Asia Pac. Trading Co.
20 Bui Thi Xuan
Hai Ba Trung Dist.
Hanoi, VIETNAM


Metro Technology Inc.
P.O. Box 4129
Baton Rouge, LA 70821


Michael Burroughs
P.O. Box 729
Leona Valley, CA 93551


Michael Carney
575 West College Ave., Ste 201
Santa Rosa, CA 95401


Michael Cushman
61295 Mountain Breezes Court
Bend, OR 97702


Mike Kutsuris
1409 Fitzgerald Drive
Pinole, CA 94564


Mira Loma Investors LLC
Pacific Capital Mgmt., Inc.
1400 Rocky Ridge Dr., Suite 250
Roseville, CA 95661


Mission Linen
1560 Venture Lane
Turlock, CA 95380

ML-Southgate LLC
BRAD Management
27305 W. Live Oak Road Suite A-1201
Castaic, CA 91384


ML-Southgate LLC
Ixis Real Estate Capital Inc.
9 West 57th Street
New York, NY 10019


Mobile Sharpe
P.O. Box 1089
Alameda, CA 94501


Mobile Vinyl and
Recovering LLC
2101 Highview Court, Suite 20
Reno, NV 89510


Modesto Irrigation District
P.O. Box 5355
Modesto, CA 95352


Mohammad Banaee
P.O. Box 6813
Moraga, CA 94570


Moises Raymun
161 Sagamore St.
San Francisco, CA 94112


Montair Associates, LLC
Assignor: Bibet Enterprises, Inc.
2196 Oneida Circle
Danville, CA 94526


Montair Associates, LLC
Castle Management Group
12885 Alcosta Blvd., Suite A
San Ramon, CA 94583


Moreno Valley Utilities
380 N. San Jacinto St., Ste. 202
Hemet, CA 92545

Morgan Distribution Inc.
P.O. Box 2227
Oregon City, OR 97045


Morrey Distributing Co.
1850 E. Lincoln Way
Sparks, NV 89434


MP Elko, LLC
c/o Meridian Pacific, Ltd.
1801 Tiburon Blvd, Ste. 800
Tiburon, CA 94920


Muir Station Center
Gallagher and Miersch
1390 Willow Pass Road, Ste. 220
Concord, CA 94520


Munger Tolles and Olson LLP
355 South Grand Ave.
Los Angeles, CA 90071


Muzak LLC
P.O. Box 71070
Charlotte, NC 28272


Muzicraft
P.O. Box 4575
Santa Barbara, CA 93140


Myers Restaurant Supply Inc.
1599 Cleveland Avenue
Santa Rosa, CA 95401


N and A Ventures, Inc.
Attn: Nematollah Ghassemkani
30231 Marbella Vista
San Juan Capistrano, CA 92675


N and A Ventures, Inc.
c/o Bank of the West
965 S. DeAnza  Blvd.
San Jose, CA 95129

Nadi Ashoori
4724 Heaven Avenue
Woodland Hills, CA 91364


Najim Khan
1503 Northpoint
San Francisco, CA 94123


Nancy Sonneborn
81637 Highway 111
Indio, CA 92201


Nasser Shirani
815 First Street
Gilroy, CA 95020


Nations Medic
P.O. Box 150124
Ely, NE 89315


Nationwide Co.
Repair Co. Inc.
Vista, CA 92081


Nevada Legal
3301 South Malibou Ave.
Pahrump, NV 89048


Nevada Sharpening Service
P.O. Box 60725
Reno, NV 89506


New Day Broadband LLC
9155-D Deschutes Road
Palo Cedro, CA 96073


Newcal Industries
P.O. Box 41602
Philadelphia, PA 19101


NF Merced-LH, LLC / NF Merced-Conn., LLC
Decron Properties Corporation
6222 Wilshire Blvd, Suite 400
Los Angeles, CA 90048

Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111


No. California Paper Recyclers Inc.
Recyclers Inc.
Hayward, CA 94544


NOMOTO Investments, LLC
The Heritage Shopping Center
2749 Tanager Avenue
Los Angeles, CA 90040


North Coast Merchantile
1115 W. Del Norte St.
Eureka, CA 95501


North State Rendering Co.
P.O. Box 1478
Chico, CA 95927


NV Dept of Employment Training & Rehabilitation
Traning and Rehab.
500 E. Third St.
Carson City, NV 89713-0030


NV Dept of Taxation
P.O. Box 52674
Phoenix, AZ 85072-2674


NV Dept. of Taxation
P.O. Box 52609
Phoenix, AZ 85072-2609


NV Energy
P.O. Box 30065
Reno, NV 89520


NW Natural
220 NW 2nd Ave.
Portland, OR 97209

```
O'Hare Refrigeration
136 Bryden Way
Oroville, CA 95966


Oak Park Properties
3732 Mt. Diablo Blvd., Suite 160
Lafayette, CA 94549-3634


Oak Park Properties
c/o Castle Management Inc.
140 Halyard Dr.
West Sacramento, CA 95691


Oak Park Properties
P.O. Box 240
Orinda, CA 94563


Okada Bros., Inc.
Hideo Okada
16100 Bertero Avenue
San Lorenzo, CA 94580


Olive Tree Realty, LLC
Attn: Brad Management
22800 Lyons Ave., Ste 100
Santa Clarita , CA 91321


Optimus Property Management, LLC
1801 Avenue of the Stars, Ste. 1035
LOS ANGELES, CA 90067


Optimus Property Management, LLC
c/o Wells Fargo Bank, N.A.
303 N El Doreado St.
Stockton, CA 95202


OR Dept. of Revenue
955 Center St. NE
Salem, OR 97310


Oregon Oils Inc.
4927 NW Front
Portland, OR 97210
```

Oregon Tap Service
1696 NE 27th Ter
Gresham, OR 97030


P and D Appliance Center
100 South Linden Ave.
South San Francisco, CA 94080


Pacific Beverage
P.O. Box 392
Oxnard, CA 93032


Pacific Gas and Electric
P.O. Box 997300
Sacramento, CA 95899


Pacific Power
1033 NE 6th Avenue
Portland, OR 97256


Pacific Refrigeration
1440 Broadway
El Cajon, CA 92021


Pan Pacific (Sunset Mall), LLC
Kimco Realty Corporation
13635 NW Cornell Rd., Ste. 160
Portland, OR 97229


Pan Pacific (Sunset Mall), LLC
Kimco Realty Corporation
1631-B S. Melrose Drive
Vista, CA 92081


Pan Pacific (Sunset Mall), LLC
Kimco Realty Corporation
3333 New Hyde Park Road
New York, NY 11042


Pan Pacific Retail Properties, Inc.
4760 W. Sahara Avenue, Suite 25
Las Vegas, NV 89102

Paper-Net
2490 Arnold Industrial Way
Concord, CA 94520


Pats Plumbing
3290 Midway Avenue Northeast
Salem, OR 97303


Paul Barbano
P.O. Box 1539
Renton, WA 98057


Paul Mudhar
239 W. Los Angeles Avenue
Moorpark, CA 93021


Paul Nannar
3069 Ashbourne Drive
San Ramon, CA 94583


PC Internet
332 South Bridge Street
Winnemucca, NV 89445


PC Internet
332 South Bridge Street
Winnemucca, NV 89445


PCF Properties, LLC
Linda Hollub
6015 NE 80th Avenue
Portland, OR 97218


Pepsi-Cola
P.O. Box 75948
Chicago, IL 60675


Pepsi-Cola Bottling Co.
302 Chestnut Street
Mt. Shasta, CA 96067


Pepsi-Cola Co.
P.O. Box 841828
Dallas, TX 75284

```
Pete Singler
6950 Burnett Street
Sebastopol, CA 95472


Peter H. Matson
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Peter Singler, Jr.
6950 Burnett Street
Sebastopol, CA 95472


Phil Karros
7201 Archibald Avenue, Suite 9
Rancho Cucamonga, CA 91701


Phillips Edison and Co., Ltd.
Attn: R. Mark Addy
11501 Northlake Drive
Cincinnati, OH 45249


Phillips Edison and Co., Ltd.
c/o Lease Administration
11501 Northlake Drive
Cincinnati, OH 45249


Pico Water District
P.O. Box 758
Pico Rivera, CA 90660


Pioneer Liquors
P.O. Box 427
San Jose, CA 95103


Pittsburg Disposal Srvc.
P.O. Box 5397
Concord, CA 94524


PJ Refrigeration
P.O. Box 55
1631-B S. Melrose Drive
Clovis, CA 93613
```

```
PK 1 Sunset Esplanade, LLC
Kimco Realty Corporation
3333 New Hyde Park Road, Ste. 100
Vista, CA 92081-2405


PK 1 Sunset Esplanade, LLC
Kimco Realty Corporation
P.O. BOX 100542
New York, NY 11042


PK II Century Center, LP
c/o James A. Rundel
13635 NW Cornell Road, Suite 160
Santa Rosa, CA 95404


PK II Century Center, LP
c/o Ticon Pizza Enterprises
114 Pierce Street
Santa Rosa, CA 95401


PK II Century Center, LP
Kimco Realty Coporation
1631-B S. Melrose Drive
Pasadena, CA 91189-0542


PK II Century Center, LP
Kimco Realty Corporation
205 Eighth Street
Vista, CA 92081


PK II Tanasbourne Village, L.P.
1631 B South Melrose Drive
New Hyde Park, NY 11042-0020


PK II Tanasbourne Village, L.P.
51 Madison Avenue
Vista, CA 92083


PK II Tanasbourne Village, L.P.
Assignore: Castle Management, Inc.
1631 B South Melrose Drive
West Sacramento, CA 95691
```

PK II Tanasbourne Village, L.P.
c/o New York Life Investment Mgmt. LLC
1450 Halyard Drive, No. 1
New York, NY 10010-1603


PK II Tanasbourne Village, L.P.
Kimco Realty Corporation
333 New Hyde Park Road, Ste. 100
Portland, OR 97229


PK Sale LLC
Kimco Realty Corporation
New Hyde Park, NY 11042


PK Sale LLC
Kimco Realty Corporation
3333 New Hyde Park Rd.
Vista, CA 92081


Portland Fire
18050 Now Bartley Court
Beaverton, OR 97006


Portland General Electric
P.O. Box 4438
Portland, OR 97208


Postini
P.O. Box 826195
P.O. Box 2888
Philadelphia, PA 19182


Poway Town & Country
Wall Street Dev.-La Jolla, Inc.
1250 Prospect St., Ste. 200
Del Mar, CA 92014


Poway Town & Country
Wall Street Dev.-La Jolla, Inc.
La Jolla, CA 92037


Precision Alarm Systems
6799 Airport Rd.
Redding, CA 96002

Pro Refrigeration
13089 Peyton Drive, Ste. C-152
Chino Hills, CA 91709


Professional Tree Service
18094 Clear Creek Road
Redding, CA 96001


Protection One
P.O. Box 5714
Carol Stream, IL 60197


Prudential Insurance Company
c/o Latham Watkins
Attn: Peter Knight
233 S. Wacker Dr., Ste. 5800
Chicago, IL 60606


Qumars Bamshadfard
PO Box 18556
Irvine, CA 92623


Qwest Business Services
P.O. Box 91155
Seattle, WA 98111


Rabo Capital Services, Inc.
245 Park Avenue
New York, NY  10167


Rafael Vasquez
32525-B Golden Lantern
1120 Silverado Street
Dana Point, CA 92629


Rancho Bernardo Plaza, LLC
Attn: Capital Growth Properties, Inc.
P.O. Box 28181
La Jolla, CA 92037


Rancho Bernardo Plaza, LLC
c/o Assignor: Pedrotti Enterprises, Inc.
23 Mauchly, Suite 100
San Diego, CA 92198

Rancho Penasquitos Towne Center I LLC
3333 New Hyde Park Road
101 Lucas Valley Rd, #216
New York, NY 11042-0020


Rancho Penasquitos Towne Center I LLC
Kimco Realty Corporation
P.O. Box 5020
Irvine, CA 92618


Rapson and Colvin, LLP
Alan Guttenberg
San Rafael, CA 94903


Ray Canning
A1 Citywide Window Service
Tulare, CA 93275


Rayne Water Conditioning
2941 Daylight Way
San Jose, CA 95111


Recology Humboldt County
949 West Hawthorne
Eureka, CA 95501


Recology Portland
9345 N. Harborgate St.
Portland, OR 97203


Recology South Valley, Inc.
P.O. Box 60648
Los Angeles, CA 90060


Redding Distribution
P.O. Box 492515
Redding, CA 96049


Reed Brothers Security
4432 Telegraph Ave.
2254 South Railroad Avenue
Oakland, CA 94609

```
Refrigeration Specialties
Attn: Vernon E Erle
One Independent Drive, Suite 114
Fresno, CA 93727


Regency Cahan-Clovis, LLC
Regency Centers Corp.
121 West Forsyth St., Ste. 200
Los Angeles, CA 90017


Regency Cahan-Clovis, LLC
Regency Centers Corp.
915 Wilshire Blvd., Ste. 2200
Jacksonville, FL 32202-5019


Regency Centers, L.P.
Attn: Lease Admin. or Legal Dept.
2999 Oak Road, Ste. 1000
Jacksonville, FL 32202


Regency Centers, L.P.
c/o Regency Centers Corp.
Walnut Creek, CA 94597


Rescue Refrigeration
3702 Aurora Loop
Rocklin, CA 95677


Rex Lock and Safe
3511 Clayton Rd.
Concord, CA 94519


Reza Homami
3120 Del Monte Blvd.
Marina, CA 93933


Rick Pursglove
1353 South Concord Lane
629 Camino De Los Mares, Suite 206
Glendora, CA 91740


Ridgeview Town Center, LLC
J.L. Management Company
San Clemente, CA 92673-2831
```

Rite Aid Corporation
c/o RT of San Ramon
1320 Willow Pass Rd., Ste. 600
Pleasanton, CA 94566-4081


Rite Aid Corporation
P.O. Box 3165
5676 Stoneridge Drive, Ste. 207
Harrisburg, PA 17105


Robert A. Fox
c/o Round Table Pizza
1604 East Warner Avenue
Concord, CA 94520


Robert F. Newton
Stanley Steamer Of Fresno Co.
Fresno, CA 93722


Robert Hovsepian
428 E. Santa Anita Ave, Ste. 203
Burbank, CA 91501


Robert Reeves
128 Woodside Plaza
3 Manhattanville Road, 2nd Floor
Redwood City, CA 94061


ROIC Norwood Center, LLC
Retail Opportunity Investments Corp.
3 Manhattanville Road, 2nd floor
Purchase, NY 10577


ROIC Oregon, LLC
Retail Opportunity Investments Corp.
P.O. Box 2085
Purchase, NY 10577


Ron's Service
Hotel & Restaurant Equip.
3000 Northup Way, Suite 101
Portland, OR 97224

Ronald B White
R&D Grease Trap Cleaning
16364 Southwest 72nd Avenue
Guerneville, CA 95446


Roter Investments of Nevada
c/o Wells Fargo
Bellevue, WA 98004


Roter Investments of Nevada
c/o Wells Fargo
205 108th Avenue NE, Ste. 250
Boise, ID 83702


Roter Investments of Nevada
City Management Corporation
877 W. Main St., 3rd Fl.
Bellevue, WA 98004


Roto-Rooter Fresno
2659 North Fowler Avenue
Fresno, CA 93729


Rubio Holdings, LLC
Jade Enterprises
Los Angeles, CA 90017


Russell Bigelow, Jr.
878 Southampton Road
8 Nguyen Hue Blvd, D1
Benicia, CA 94510


Russin and Vecchi
Osc-Vtp Building, 15/F
Ho Chi Minh City, VIETNAM


S.W.S. Associates, LLC
650 South Orcas Street, Ste. 210
Seattle, WA 98108


S.W.S. Associates, LLC
c/o Assignor Castle Management
West Sacramento, CA 95691

S.W.S. Associates, LLC
P.O. Box 13167
1450 Halyard Avenue, Suite 1
Mill Creek, WA 98082-1167


SABA M Inc.
18 Deer Oaks Drive
Pleasanton, CA 94588


Saeed Keshtgar
849 Monterey Street, Suite 204
San Luis Obispo, CA 93401


Saladinos Inc.
P.O. Box 12266
Fresno, CA 93779


San Diego Gas and Electric
P.O. Box 25110
Santa Ana, CA 92799


San Jose Water Company
P.O. Box 229
P.O. Box 1440
San Jose, CA 95103


Sand Creek Crossing, LLC
1850 Mt. Dialo Blvd, Ste. 200
Walnut Creek, CA 94596


Sand Creek Crossing, LLC
Colliers Intl. Asset Management, Inc.
Suisun City, CA 94585


Saul's Carpet Cleaning
1661 Pacific Ave.,  Ste. 13
P.O. Box 5234
Oxnard, CA 93030


Save Mart Management Company
SMS Management
11455 El Camino Real, Ste. 200
Modesto, CA 95352

SB Towne Centre, LLC
Attn: American Assets, Inc.
1500 Standiford Avenue, Building D
San Diego, CA  92130


SchemCo Holdings, LLC
1127 Lone Palm Avenue
Modesto, CA 95351


SchemCo Holdings, LLC
Brekke Real Estate
Modesto, CA 95350


Schooners Grill
4250 Lone Tree Way
Antioch, CA 94509


Sebastian
P.O. Box 245
Kerman, CA 93630


Security Alarm
15732 Los Gatos Blvd.
1800 Willow Pass Court
Los Gatos, CA 95032


Seeno Enterprises, LLC
Sierra Pacific Properties, Inc.
Concord, CA 94520


Sequoia Beverage
P.O. Box 5025
6995 Sierra Center Parkway #100
Visalia, CA 93278


Seven Springs Limited Partnership
NAI Alliance Commercial
Reno, NV 89511


Shahid Qayyum
16314 Bothell Everett Hwy
Mill Creek, WA 98012

Shami Valley West, LLC
40 E. Division St., Ste. A
2127 Broadway
Dover, DE 19901


Shami Valley West, LLC
5797 Dexter Circle
Rohnert Park, CA 94928


Shami Valley West, LLC
c/o Bank of the West
1448 15th Street, Suite 100
Oakland, CA 94612


Shamrock Village Associates, LLC
Attn: Doerken Properties, Inc.
4500 Park Granada, MS CH-143
Santa Monica, CA 90404


Shamrock Village Associates, LLC
c/o Countrywide Commerical
Calabasas, CA 91302


Sharon Baker
33 North First Street, Ste C2
Campbell, CA 95008


Shawn P. Lee
2650 Jamacha Road, No. 143
El Cajon, CA 92019


Shel Berz
37480 Fremont Blvd
Fremont, CA 94536


Shoes For Crews
File Lockbox 51151
Los Angeles, CA 90074


Sierra Pacific
3440 Braeburn St.
Sacramento, CA 95821

Sierra Pacific Power
P.O. Box 30052
1800 Willow Pass Court
Reno, NV 89520


Sierra Pacific Properties, Inc.
Assignor: Antioch Enterprises, Inc.
Antioch, CA 94509


Sierra Pacific Properties, Inc.
Bob Garrison
720 E. Wisconsin Avenue
Concord, CA 94520


Sierra Pacific Properties, Inc.
c/o Northwestern Mutual Life
2509 Sommersville Road
Milwaukee , WI 53202


Sifton/Orchards, LLC
777 108th Avenue NE, Ste. 1875
Bellevue, WA 98004


Sifton/Orchards, LLC
Eric Fuller and Associates
501 SE Columbia Shores Blvd., Ste. 400
Vancouver, WA 98661


SMUD
P.O. Box 15555
Sacramento, CA 95852


Solano Garbage Company
P.O. Box 78829
Phoenix, AZ 85062


Solano Ultraband
607 Elmira Rd., Ste. 284
Vacaville, CA 95687


Sonu Malhotra
1997 Seasons Street
Simi Valley, CA 93065

Sorror Abolhosseini
24012 Aliso Creek Road
Laguna Niguel, CA 92677


South Coast Water District
P.O. Box 51401
Los Angeles, CA 90051


South Tahoe Refuse Co. Inc.
2140 Ruth Ave.
South Lake Tahoe, CA 96150


Southern California Edison Co.
P.O. Box 300
Rosemead, CA 91772


Southern Wine
P.O. Box 45726
San Francisco, CA 94145


SouthTowne Crossing, LLC
4760 Ranch Land Circle
Reno, NV 89511


Southwest Gas Corp.
P.O. Box 98890
9460 Double R Blvd., Suite 200
Las Vegas, NV 89193


Sparks Galleria Investors, LLC
Attn: Kreg Rowe
91 Main Street, Ste. 1500
Reno, NV 89521


Sparks Galleria Investors, LLC
c/o Artesia Mortgage Capital
101 Ygnacio Valley Road, Suite 303
Issaquah, WA 98027


Sparks Galleria Investors, LLC
c/o Key Bank National Assoc.
1180 NW Maple St., Ste. 202
Kansas City, MO 64105

SRS-Broadway Associates
SRS Development Company
Walnut Creek, CA 94596


SSD Systems
1740 N. Lemon St.
Anaheim, CA 92801


SSF Scavenger Co.
P.O. Box 348
South San Francisco, CA 94083


Stan's Handyman Service
731 Blue Ridge Ln.
Vacaville, CA 95688


Stanley Security Solutions
514 S. Lyon St.
Santa Ana, CA 92701


Staples Business
Dept. La 1368
M 771 Giffin Lane
Chicago, IL 60696


Stay & Play  Day Care
Attn: Karen Robinson
Brentwood, CA 94513


Stay Cold Refrigeration
855 Mosswood Lane
Millbrae, CA 94030


Stephen Brown
3450 Palmer Drive, No. 4-337
5285 S.W. Meadows Road, Ste. 400
Cameron Park, CA 95682


Sterling Savings Bank
Assignor: Castle Management, Inc.
Davis, CA 95616

Sterling Savings Bank
c/o Intervest
132 E. St., Ste. 3A
Lake Oswego, OR 97035


Steve DeClerck
303 N. Oregon Street
1538 Market Street, Suite 2
Yreka, CA 96097


Steve's Septic Company
1810 Murray Road
Mckinleyville, CA 95519


Steven and Kathy Garman
Redding Mall Properties
6548 West Side Drive
Redding, CA 96001


Stone Brewing
1999 Citracado Parkway
150 Post Street, Ste. 670
Escondido, CA 92029


Stonehenge Manteca LLC
c/o Stonehenge Property Group
12707 High Bluff Drive, Ste. 300
San Francisco, CA 94108


Stonehenge Manteca, LLC
Trigild, Inc.
San Diego, CA 92130


Straub Distributing Co.
2701 Dow Avenue
Tustin, CA 92780


Suburban Propane
438 E. Shaw Ave., Ste. 519
Fresno, CA 93710


Suburban Water Systems
P.O. Box 6105
Covina, CA 91722

Suddenlink
P.O. Box 660365
Dallas, TX 75266


Sun Valley Pumping
3319 S Tegner Rd.
Turlock, CA 95380


Sunlan Lighting
3901 N. Mississippi Avenue
Portland, OR 97227


Sunset Garbage Collection Inc.
9035 S.E. Henderson St.
Portland, OR 97266


Sunset Plaza Partnership
P.O. Box 493595
Redding, CA 90649


Superior Service
1006 E South St.
Anaheim, CA 92805


Susanville Sanitary District
P.O. Box 152
Susanville, CA 96130


Swisher Hygiene
P.O. Box 473526
Charlotte, NC 28247


Sylvia Barrientos
11250 Merritt Street
Castroville, CA 95012


T-Mobile
P.O. Box 51843
Dallas, TX 90051


Tarvinder Saini
5140 Stockton Blvd.
Sacramento, CA 95820

Ted S. Storey
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Telesource Services
1450 Highwood East
Pontiac, MI 48340


Tengolski Partners
Mountain West Jennings LLC
698 12th Street SE Suite 140
Salem, OR 97301


Terrys Pumping
P.O. Box 2708
Elko, NV 89803


Thayma T. Demski
1664 Circa Del Lago, E 204
San Marcos, CA 92078


Thayma T. Demski
3248 Ma Lou Drive
Jamul, CA 91935-3251


Thayma T. Demski
c/o Soloman, Grindle et al.
12651 High Bluff Dr., Ste. 300
San Diego, CA 92130


The Gas Company
P.O. Box C
Monterey Park, CA 91756


The Matteson Companies
Adam Matye
One Lagoon Drive, Ste. 200
Redwood City, CA 94065


The Matteson Companies
c/o Morgan Stanley Mortgage Capital, Inc.
1585 Broadway, 10th Floor
New York, NY 10036

The State Bar
P.O. Box 2142
Los Angeles, CA 90084


Thompson & Partners, Limited
1919 Grand Canal Blvd., Suite B5
Stockton, CA 95207


Tim Shelly
Tim's Plumbing and Drain Repair
P.O. Box 52
Eureka, CA 95502


Time Warner Cable-Pob 60506
P.O. Box 60506
City Of Industry, CA 91716


Tinka Gordon
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Todd Bigelow
878 Southampton Road
Benicia, CA 94510


Tom Builford
c/o Round Table Pizza
1320 Willow Pass Rd., Ste. 600
Concord, CA 94520


Tony
11344 Coloma Rd., Ste. 345
Gold River, CA 95670


Tony Lynch
CSUF Foun. 2600 E.Nutwood, No. 275
Fullerton, CA 92831


Town Centre Investors
Attn: Deborah Ritchey
1029-B Solano Avenue
Albany, CA 94706

Town Of Apple Valley
14955 Dale Evan Pkwy.
Apple Valley, CA 92307


Transwestern Concord Corp. Centre, L.P.
1390 Willow Pass Road
Concord, CA 94520


Transwestern Concord Corp. Centre, L.P.
Allen Matkins et al.
1901 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067


Transwestern Concord Corp. Centre, L.P.
Transwestern Investment Company
150 N. Wacker Drive, Ste. 800
Chicago, IL 60606


Trinity County Solid Waste Division
Solid Waste Division
P.O. Box 2700
Weaverville, CA 96093


Trinity Pud
P.O. Box 1410
Weaverville, CA 96093


Triton Commer
8 Cobble Lane
Kent, CT 6757


Truckee Meadows Water Authority
P.O. Box 659565
San Antonio, TX 78265


Truckee Meadows Wtr Authority
P.O. Box 659565
San Antonio, TX 78265


Trueman E. Vroman
2950 E Street, Suite C
Eureka, CA 95501

Tsakopoulos Family Trust
c/o Wells Fargo Bank, N.A.
1512 Eureka Rd. Ste. 350
Roseville, CA 95661-3070


Tsakopoulos Family Trust
George Tsakopoulos, Trustee
7423 Fair Oaks Boulevard, Suite 10
Carmichael, CA 95608


TSE Virginia Hill LP
c/o Assignor Castle Management
1450 Halyard, Ste. 1
West Sacramento, CA 95691


TSE Virginia Hill LP
Cardoza Properties, Inc.
101 Ellinwood Drive
Pleasant Hill, CA 94523


Turlock Irrigation District
P.O. Box 819007
Turlock, CA 95381


Underground Vaults Storage
P.O. Box 1723
Hutchinson, KS 67504


Valley Recycling And Disposal Inc.
Disposal Inc
Salem, OR 97304


Valley Wide Beverage
4010 East Hardy Avenue
Fresno, CA 93725


Verizon California
P.O. Box 920041
Dallas, TX 75392


Verizon Communications
P.O. Box 920041
Dallas, TX 75392

Victorian Square Associates, LLC
395 Del Monte Center, PMB #326
Monterey, CA 93940


Vincent Voss
800 E. Dimond Blvd., Ste 3-125
Anchorage, AK 99515


Viola Ogden
Attn: Bruce C. Ogden
704 Cortlandt Drive
Sacramento, CA 95864


Vision Food Service
P.O. Box 2147
Castro Valley, CA 94566


Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145


WA Dept. of Revenue
P.O. Box 34052
Seattle, WA 98124-1052


WA Employment Security Dept.
P.O. Box 34729
Seattle, WA 98124-1729


WA State Dept. of Labor and Industries
P.O. Box 34022
Seattle, WA 98124-1022


Walker Garbage Service Inc.
21845 NW Cherry Ln.
Hillsboro, OR 97124


Washoe County Treasurer
P.O. Box 30085
Reno, NV 89520


Waste Management
P.O. Box 541065
Los Angeles, CA 90054

Waste Management
P.O. Box 541065
Los Angeles, CA 90054


Waste Management Lassen Waste Systems
Lassen Waste Systems
Los Angeles, CA 90054


Waters Vacuum
P.O. Box 18160
Reno, NV 89511


Watt - Turner, LLC
c/o  Morgan Stanley Mortgage Capital, Inc.
1221 Avenue of the Americas
NY, NY 10020


Watt - Turner, LLC
Watt Management Company
2716 Ocean Park Blvd., Suite 3040
Santa Monica, CA 90405


Watt-Elkhorn Center
Gianulias Property Management
2264 Fair Oaks Blvd, Ste. 100
Sacramento, CA 95825


Watt/Fairfield Associates Limited Partnership
Watt Management Company
2716 Ocean Park Blvd., Suite 3040
Santa Monica, CA 90405


WCH Property Management, LLC
Attn:  Frank Mak
1849 Oakgate St.
Monterey Park, CA 91755


WCH Property Management, LLC
Attn:  Frank Mak
P.O. Box 1726
Monterey Park, CA 91754


Weaverville Sanitary District
P.O. Box 1269
Weaverville, CA 96093

Weingarten Stoneridge, LLC
Weingarten Realty Investors
P.O. Box 924133
Houston, TX 77292-4133


Wells Fargo Merchant Services
1200 Montego Way
Walnut Creek, CA 94598


Wells Fargo of CA
Banking
1 Kaiser Plaza, Suite 850
Oakland, CA 94612


West Town Associates
3690 West 7th Street
Reno, NV 89503


West Town Associates
c/o Assignore: Camelor Foods
P.O. Box 333
Reno, NV 89504


Western Beverage
P.O. Box 12185
Salem, OR 97309


Western Real Estate Investment Co.
All California Realty
1401 N Broadway, Suite 275
Walnut Creek, CA 94596


Whittaker/Northwest Partners III, LP
Attn: Kiersey & McMillan
P.O. Box 1696
Beaverton , OR 97075


Winnemucca Water-Sewer Dept.
90 West 4th Street
Winnemucca, NV 89445


Wollfe-Reed Center
Attn:  Ken Hamilton
1975 Hamilton Avenue, Ste. 32
San Jose, CA 95125

Yellow Page M
250 Park Ave  Ste. 700
New York, NY 10177


Youngs Market
P.O. Box 30145
Los Angeles, CA 90030


Zuckerman Construction Co.
229 Lakewood Road
Walnut Creek, CA 94598


Zuckerman Construction Co.
c/o Assignor: Pizza Puck Ent.
2777 Del Monte St.
West Sacramento, CA 95691