1 | MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
2 | SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
3 | 188 The Embarcadero, Suite 800
San Francisco, California 94105
4 | Telephone: (415) 995-8475
Facsimile: (415) 995-8487

MICHAEL ST. JAMES (CSBN) 95653
6 | ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
7 | San Francisco CA 94104
Telephone: (415) 391-7566
8 | Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza Inc.,<br><br>Debtor.<br><br>In re<br><br>Round Table Development Co.,<br><br>Debtor.<br><br>In re<br><br>The Round Table Franchise Corp.,<br><br>Debtor.<br><br>In re<br><br>Round Table Pizza Nevada LLC,<br><br>Debtor. | Case Nos. 11-41431 RLE<br>11-41432 RLE<br>11-41433 RLE<br>11-41434 RLE<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME OF FIRST DAY MOTIONS**<br><br>Judge: Hon. Hon. Roger Efremsky<br>Date: February 11, 2011<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Oakland, California |

TO: (1) THE OFFICE OF THE UNITED STATES TRUSTEE; (2) GE CAPITAL CORPORATION/PRUDENTIAL INSURANCE COMPANY OF AMERICA; (3) RABO CAPITAL SERVICES, INC.; (4) CREDITORS HOLDING THE LARGEST 20 UNSECURED CLAIMS IN THE CASE; AND (5) OTHER PARTIES IN INTEREST.

**NOTICE IS HEREBY GIVEN** that pursuant to an order shortening time, a hearing will be held on **February 11, 2011 at 10:30 a.m.**, or as soon thereafter as the matter may be heard, and will take place at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California, before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, to consider the following motions (collectively the "First Day Motions") filed by Round Table Pizza, Inc., the parent corporation, and two subsidiaries, The Round Table Franchise Corporation, which operates the franchise business, and Round Table Development Company, which operates the company-owned stores; and Round Table Pizza Nevada LLC, which is wholly owned by Round Table Development Company, the joint debtors and debtors in possession in the above captioned Chapter 11 reorganization cases (collectively "Round Table" or the "Debtor"):

DEBTORS' MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL;

MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (1) PAY PRE-PETITION EMPLOYEE WAGES, (2) HONOR VACATION AND SICK LEAVE OBLIGATIONS, (3) HONOR PAYROLL CHECKS, AND (4) EXCLUDE EMPLOYEES FROM THE MAILING MATRIX;

MOTION TO FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION SALES, USE AND FRANCHISE TAXES;

DEBTORS' MOTION FOR ORDER (1) AUTHORIZING THE DEBTORS TO CONTINUE THEIR CASH MANAGEMENT SYSTEM MERCHANT SERVICES AND (2) COMPELLING BANKS TO CONTINUE MERCHANT SERVICES;

MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR PRE-PETITION GIFT CERTIFICATES AND PROMOTIONS;

MOTION TO REJECT EXECUTORY CONTRACT WITH RABO CAPITAL SERVICES, INC.;

MOTION FOR APPROVAL TO ASSUME EXECUTORY INSURANCE AND PREMIUM FINANCING AGREEMENTS; AND

MOTION FOR ORDER LIMITING NOTICE.

/ / /

/ / /

| | |
|---|---|
| 1 | **NOTICE IS HEREBY FURTHER GIVEN** that any person wishing to oppose any of the |
| 2 | First Day Motions may present such opposition orally at the hearing. |
| 3 | |
| 4 | DATED: February 10, 2011    MCNUTT LAW GROUP LLP |
| 5 | |
| 6 | |
| 7 | By: _____*/s/ Scott H. McNutt*_____ |
| | Scott H. McNutt |
| 8 | Proposed Attorneys for Debtor |