Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: *Round Table Development Company,*
*a California Corporation*
*dba Round Table Pizza*

Case No. *10-41432*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT | SOURCE
---|---
*2011 to date: $8,929,397* | *Operating Round Table Pizza Restaurants*
*2010: $92,307,329* | *Operating Round Table Pizza Restaurants*
*2009: $94,621,541* | *Operating Round Table Pizza Restaurants*
*Note:* | *Debtor's expenses include franchise fees due to co-debtor The Round Table Franchise Corporation of $357,187 for 2011, $3,663,622 for 2010 and $3,777,011 for 2009*

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2011 to date: $35,679 | Joint venture in 3 Round Table restaurants in Hawaii |
| 2010: $320,914 | Joint venture in 3 Round Table restaurants in Hawaii |
| 2009: $333,000 | Joint venture in 3 Round Table restaurants in Hawaii |

**3. Payments to creditors**

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *See Schedule 3b attached hereto* | | | |

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| J. Robert McCourt, II Relationship: Son of Robert McCourt (President, CEO, and Director) (Wages earned as restaurant employee) | Wages | $790.00 | $0 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Amanda Woods vs. Round Table Pizza, Inc. Case No.39-2009-00223229-CU-WT-STK | Wrongful Termination | San Joaquin Superior Court | Settled |
| Jamie DeWeese Case No. | Harrassment/ Discrimination/ | CA Department of Fair Employment and | Closed |

Form 7 (12/07)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| E200910K5831-00 | Retailation | Housing | |
| Letitica Enriquez Case No.550-2009-02050 | Discrimination / Retailiation | CA Department of Fair Employment and Housing | Pending |
| Miralda Nascimento Case No. E200910A0594-as | Discrimination | CA Department of Fair Employment and Housing | Closed |
| Monica Patterson Case No. E201011G0143-00-sb | Discrimination | CA Department of Fair Employment and Housing | Closed |
| Richard Taylor Case No. E2009910C0848-00-pb | Discrimination | CA Department of Fair Employment and Housing | Closed |
| Joseph Velasquez Case No. E201011C0027-00-se/37AB006399 | Discrimination | CA Department of Fair Employment and Housing | Closed |
| Josephine Trevathan Case No. 550-2010-01059 | Discrimination | U.S. Equal Opportunity Employment Commission | Pending |
| Miralda Nascimento Case No. 550-2010-00085 | Discrimination | U.S. Equal Opportunity Employment Commission | Transfered to CA Department of Fair Employment and Housing |
| Randi Grosse Case No. 37A-A8-6681" | Harrassment/Wrongful Termination/ Retailiation | U.S. Equal Opportunity Employment Commission | Pending |
| Whited, Timoth vs. Round Table Pizza et al. Case No. FCS036987 | Personal Injury | Solano County Superior Court | Pending |
| Manua, Jaysen K v. Round Table Development Company Case No. FCM113751 | Personal Injury | Solano County Superior Court | Dismissed |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Orlando v. Round Table Development Compay et al. Case No. MSC08-02998 | Harrassment/ Discrimination/ Retaliation | Contra Costa County Superior Court | Closed |
| BLenna Mays vs. Round Table Development Company Case No. MSC10-01736 | Personal Injury | Contra Costa Superior Court | Pending |
| Jose Enrique Lopez vs. Round Table Development Company Case No. 37-2010-00098423-CU-PO-CTL | Personal Injury | San Diego County Superior Court | Pending |
| Fred Rogers v. Round Table Pizza et al. Case No. 37-2010-00004359-SC-SC-CTL | Personal Injury | San Diego County Superior Court (Small Claims) | Pending |
| Rodrigues vs. Round Table Development Company, et al. Case No. SCRDCVPM10-0168738-000 | Personal injury | Shasta County Superior Court | Closed |
| Calla Felicity et al. v. Round Table Pizza Inc. et al. Case No. MSC10-015576 | Personal Injury | Contra Costa Superior Court | Dismissed from case |
| G Sing Louie vs. Round Table Pizza Pizza et al. Case No. 34-2010-00087453 | ADA Violation | Sacramento County Superior Court | Closed |
| Calla Felicity et al. vs. Round Table Pizza, Inc. et al. Case No. MSC10-01576 | Personal Injury | Contra Costa County Superior Court | Dismissed from case |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Ronald Schain vs. Robron Enterprises, Inc. et al.* <br> *Case No. EC051852* | *Personal Injury* | *Los Angeles County Superior Court* | *Dismissed* |
| *Fekete et al. vs. Round Table Inc. et al.* <br> *Case No. 37-2009-00103291-CU-PA-CTL* | *Personal Injury* | *San Diego County Superior Court* | *Pending* |
| *Webb, B. vs. Round Table Pizza, Inc.* <br> *Case No. 634545* | *Personal Injury* | *Stanislaus County Superior Court* | *Dismissed* |
| *Cheryl Ann Spencer vs. Round Table Pizza* <br> *Case No. 10CLSC00061* | *Personal Injury (Small Claims Division)* | *Fresno County Superior Court* | *Dismissed* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

### 8. Losses

☐ None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *See Schedule 8 attached hereto* | | |

### 9. Payments related to debt counseling or bankruptcy

☐ None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *See Statement of Financial Affairs of Round Table Pizza, Inc. (Case No. 11-41431)* | | |

### 10. Other transfers

☒ None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ None

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

☐ None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Bank of America, N.A. Global Commercial Banking 180 Grand Ave., Suite 200 Oakland, CA 94612* | *Numerous depository accounts closed between 9/13/2010 and 9/24/2010* | *See Schedule 11 attachere hereto* |

### 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☒  List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| None ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

**18. Nature, location and name of business**

| None ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |
|---|---|

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Round Table Pizza Nevada LLC* | *88-0348180* | *1320 Willow Pass Road, Ste 600 Concord, CA 94520* | *Operates Round Table Pizza restauarants as a franchisee* | *8/8/1995 - present* |
| *RTP Ohana East, L.P.* | *30-0073628* | *2005 Kalia Road Honolulu, HI 96815* | *Operates Round Table Pizza restaurants as a franchisee* | *4/9/2002 - present* |
| *RTPHHV, LP* | *99-0320460* | *2005 Kalia Road Honolulu, HI 96815* | *Operates Round Table Pizza restaurant as a franchisee* | *4/4/2002 - present* |
| *G.P. Lewers LLC dba Giovanni Pastrami* | *30-0375520* | *2005 Kalia Road Honolulu, HI 96815* | *Serves Round Table pizzas* | *8/8/2006 - present* |

| None ☒ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

Form 7 (12/07)

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *D. Keith Davis, CFO*<br>*Round Table Pizza, Inc.*<br>*1320 Willow Pass Road, Ste 600*<br>*Concord, CA  94520* | *2/2/2009 - present* |
| *InfoSync Services*<br>*1938 N. Woodlawn, Ste 110*<br>*Wichita, KS  67208* | *10/1/2009 - present* |

None ☐ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *(Internal Financial Statements)*<br>*D. Keith Davis, CFO* | *1320 Willow Pass Road, Ste 600*<br>*Concord, CA  94520* | *2/2/2009 - present* |
| *(Internal Financial Statements)*<br>*InfoSync Services* | *1938 N. Woodlawn, Ste 110*<br>*Wichita, KS 67208* | *10/1/2009 - present* |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *D. Keith Davis, CFO* | *1320 Willow Pass Road, Ste 600*<br>*Concord, CA  94520* |
| *InfoSync Services* | *1938 N. Woodlawn, Ste 110*<br>*Wichita, KS  67208* |

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| *1/30/2011* | *Restaurant Managers* | *$496,186.88 (cost basis)* |
| *2/6/2011* | *Restaurant Managers* | *$492,926.24 (cost basis)* |

*Note:* *Consistent with past practice, not all property is inventoried weekly. The above reflects the items that are inventoried weekly.*

None ☐ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| *1/30/2011 & 2/6/2011* | *InfoSync Services*<br>*1938 N. Woodlawn, Ste 110*<br>*Wichita, KS 67208* |

### 21. Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *James F. Fletcher (last day of employment was 2/8/2011)* | *Chairman of the Board, CEO, and Director* | *0%* |
| *J. Robert McCourt* | *CEO, President, and Director* | *0%* |
| *Ted S. Storey* | *Vice President/ Business* | *0%* |

Form 7 (12/07)

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | *Development, Secretary, and Director* | |
| *D. Keith Davis* | *Vice President/ Finance and CFO* | *0%* |
| *Bethany Marshall* | *Assistant Secretary* | *0%* |
| *James M. Robertson* | *Vice President/ Human Resources and Chief Privacy Officer* | *0%* |
| *Tom Guilford* | *Vice President/ Information Systems and Chief Information Officer* | *0%* |
| *Tinka Gordon* | *Vice President/ Marketing and Chief Marketing Officer* | *0%* |
| *Gregg Fleury* | *Vice President/ Operations* | *0%* |
| *Henry A. Klyce, Jr.* | *Director* | *0%* |
| *Peter H. Mattson* | *Director* | *0%* |
| *Robert A. Fox* | *Director* | *0%* |
| *Eric H. Bjerkholt* | *Director* | *0%* |
| *Jack Robertson* | *Director* | *0%* |
| *Round Table Pizza, Inc. 1320 Willow Pass Road, Ste 600 Concord, CA  94520* | *Parent Corporation* | *100% of common stock* |

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Case: 11-41432    Doc# 47    Filed: 03/14/11    Entered: 03/14/11 23:18:13    Page 11 of 13

Statement of Affairs - Page 11

Form 7 (12/07)

| | | | |
|---|---|---|---|
| None ☐ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. | | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| *James F. Fletcher*<br>*79 Via Floreado*<br>*Orinda, CA 94563* | *Chairman of the Board and CEO* | *2/8/2011* |

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| *Round Table Pizza, Inc.* | *94-2601302* |

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| *Round Table Restated Employee Stock Ownership Plan* | *95-4428141* |

Form 7 (12/07)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  *3/14/2011*　　　　　　　　Signature  */s/ Ted Storey*

　　　　　　　　　　　　　　　　　　　　　*Ted Storey                    Officer*
　　　　　　　　　　　　　　　　　　　　　Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*